LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LISA OCHOA,<br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY[1]<br> Commissioner of Social Security,<br><br>    Defendant. | No: 2:23-cv-09796-MAA<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED AND THIRTY-FOUR DOLLARS AND 27/100 ($4,434.27 ) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  April 5, 2024

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-